# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2395

_____

KEVIN CHOUTE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

December 6, 2023

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003).

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kevin Choute, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.